IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHANTAY KIASONESENA | : CIVIL ACTION |
| v. | : NO. 17-3160 |
| NANCY A. BERRYHILL | : |

# ORDER

**AND NOW**, this 6th day of July 2018, upon considering Plaintiff's Complaint seeking judicial review of the Commissioner's denial of disability insurance and supplemental security income disability benefits (ECF Doc. No. 3), the Commissioner's Response (ECF Doc. No. 8), Plaintiff's Motion and Request for Review (ECF Doc. No. 11), the Commissioner's Opposition (ECF Doc. No. 12), Plaintiff's Reply (ECF Doc. No. 13), Judge Moore Wells' June 15, 2018 Report and Recommendation (ECF Doc. No. 15), the Commissioner's Objections (ECF Doc. No. 16), Plaintiff's Response to Objections (ECF Doc. No. 18) and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Consistent with Judge Moore Wells' Report and Recommendation (ECF Doc. No. 15) **approved** today, Plaintiff's Motion and Request for review (ECF Doc. No. 11) is **GRANTED**;

2. We **overrule** the Commissioner's Objections (ECF Doc. No. 16) to Judge Moore Wells' Report and Recommendation;

3. We **remand** to the Commissioner for <u>expedited</u> evaluation and modification of the residual functional capacity assessment to accurately reflect Plaintiff's nonexertional impairments consistent with the accompanying Memorandum;

4. Under Fed.R.Civ.P. 1 and mindful Mr. Kiasonesena applied for benefits in October and November 2013, the Commissioner shall file status memoranda on the progress of resolving Mr. Kiasonesena's application for benefits on October 15, 2018, January 15, 2019 and every sixty days thereafter until resolved or returned for our further review of the next reasoned decision; and,

5. The Clerk of Court shall **close** this case for statistical purposes.

KEARNEY, J.